IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Civil No. 17-00599 (APM) |

## PLAINTIFF'S NOTICE OF FILING

The Court will please take notice of the filing of the attached letter with enclosures that was sent by email to CREW's counsel on June 16, 2017, at 6:12 p.m., and that is relevant to plaintiff's pending motion for a preliminary injunction.

                                            Respectfully submitted,

                                            */s/ Anne L. Weismann*
                                            Anne L. Weismann
                                            (D.C. Bar No. 298190)
                                            Adam J. Rappaport
                                            (D.C. Bar No. 479866)
                                            Citizens for Responsibility and Ethics
                                                in Washington
                                            455 Massachusetts Ave., N.W., Sixth Floor
                                            Washington, D.C. 20001
                                            Phone: (202) 408-5565
                                            aweismann@citizensforethics.org

Dated: June 19, 2017                               *Attorneys for Plaintiff*



**U.S. Department of Justice**

Office of Information Policy
*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

June 16, 2017

Ms. Anne Weismann
Chief FOIA Counsel
CREW
455 Massachusetts Avenue, NW
Washington, DC 20001
aweismann@citizensforethics.org

Re: DOJ-2017-002728 (AG)
No. 1:17-cv-0599 (D.D.C.)

Dear Ms. Weismann:

This is an interim response to your above-referenced Freedom of Information Act (FOIA) request and related lawsuit, dated and received in this Office on March 6, 2017 seeking: (1) "all records containing or reflecting advice and/or recommendations given to Attorney General Jeff Sessions by his staff regarding whether or not he should recuse himself from any matters involving the 2016 presidential campaign;" (2) "all calendars for Attorney General Sessions for the period February 27, 2017 through March 3, 2017;" and (3) "all documents effectuating the attorney general's recusal within the Department of Justice." This response is made on behalf of the Office of the Attorney General (OAG).

Please be advised that our records searches on behalf of OAG are now complete. We have also completed an initial review of the records located pursuant to our searches, and two pages of records responsive to parts (1) and (3) of your request were identified. I have determined that these two pages are appropriate for release without excision. Although I understand that the content of these records is already in the public domain, I enclose courtesy copies for your records. We are continuing to process records that are responsive to part (2) of your request, and will respond to you again as soon as our work on those records is completed.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. *See* 5 U.S.C. § 552(c) (2015) (amended 2016). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

If you have any questions regarding this response, please contact Kathryn Davis of the Department's Civil Division, Federal Programs Branch, at (202) 616-8298.

Sincerely,

Vanessa R. Brinkmann
Senior Counsel

Enclosures

**Hunt, Jody (OAG)**

| | |
|---|---|
| **From:** | Hunt, Jody (OAG) |
| **Sent:** | Thursday, March 02, 2017 3:53 PM |
| **To:** | Boente, Dana (ODAG); Comey, James B. (DO) (FBI); McCord, Mary (NSD); Ramer, Sam (OLA); Flores, Sarah Isgur (OPA) |
| **Subject:** | Recusal |

After careful consideration following meetings with career Department officials over the course of the past several weeks, the Attorney General has decided to recuse himself from any existing or future investigations of any matters related in any way to the campaigns for President of the United States. The Attorney General's recusal is not only with respect to such investigations, if any, but also extends to Department responses to Congressional and media inquiries related to any such investigations.

You should instruct members of your staffs not to brief the Attorney General (or other officials in the Office of the Attorney General) about, or otherwise involve the Attorney General (or other officials in the Office of the Attorney General) in, any such matters described above.

Pursuant to the Department's Order of Succession, Acting Deputy Attorney General and U.S. Attorney for the Eastern District of Virginia Dana Boente shall act as, and perform the functions of, the Attorney General with respect to any such matters from which the Attorney General has recused himself.

Jody



*Jody Hunt*
*Chief of Staff*
*Office of the Attorney General*
*U.S. Department of Justice*

**USDOJ-Office of Public Affairs (SMO)**

**From:**     USDOJ-Office of Public Affairs (SMO)
**Sent:**     Thursday, March 02, 2017 4:08 PM
**To:**       USDOJ-Office of Public Affairs (SMO)
**Subject:**  ATTORNEY GENERAL SESSIONS STATEMENT ON RECUSAL



# Department of Justice

FOR IMMEDIATE RELEASE          AG
THURSDAY, MARCH 2, 2017        (202) 514-2007
WWW.JUSTICE.GOV                TTY (866) 544-5309

## ATTORNEY GENERAL SESSIONS STATEMENT ON RECUSAL

WASHINGTON – Attorney General Jeff Sessions today issued the following statement:

"During the course of the confirmation proceedings on my nomination to be Attorney General, I advised the Senate Judiciary Committee that '[i]f a specific matter arose where I believed my impartiality might reasonably be questioned, I would consult with Department ethics officials regarding the most appropriate way to proceed.'

"During the course of the last several weeks, I have met with the relevant senior career Department officials to discuss whether I should recuse myself from any matters arising from the campaigns for President of the United States.

"Having concluded those meetings today, I have decided to recuse myself from any existing or future investigations of any matters related in any way to the campaigns for President of the United States.

"I have taken no actions regarding any such matters, to the extent they exist.

"This announcement should not be interpreted as confirmation of the existence of any investigation or suggestive of the scope of any such investigation.

"Consistent with the succession order for the Department of Justice, Acting Deputy Attorney General and U.S. Attorney for the Eastern District of Virginia Dane Boente shall act as and perform the functions of the Attorney General with respect to any matters from which I have recused myself to the extent they exist."

###

17-237

DO NOT REPLY TO THIS MESSAGE. IF YOU HAVE QUESTIONS, PLEASE USE THE CONTACTS IN THE MESSAGE OR CALL THE OFFICE OF PUBLIC AFFAIRS AT 202-514-2007.