# EXHIBIT 1

**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

CITIZENS FOR RESPONSIBILITY
AND ETHICS IN WASHINGTON,

     Plaintiff,

v.                                                              Civil Action No. 1:17-cv-00599-APM

DEPARTMENT OF JUSTICE,

     Defendant.
_____

<u>**DECLARATION OF VANESSA R. BRINKMANN**</u>

    I, Vanessa R. Brinkmann, declare the following to be true and correct:

    1.  I am Senior Counsel in the Office of Information Policy (OIP), United States Department of Justice (DOJ).  In this capacity, I am responsible for supervising the handling of the Freedom of Information Act (FOIA) requests processed by the Initial Request Staff (IR Staff) of OIP.  The IR Staff of OIP is responsible for processing FOIA requests seeking records from within OIP and from six senior leadership offices of the Department of Justice, specifically the Offices of the Attorney General (OAG), Deputy Attorney General (ODAG), Associate Attorney General (OASG), Legal Policy (OLP), Legislative Affairs (OLA), and Public Affairs (PAO). The IR Staff determines whether records responsive to access requests exist and, if so, whether they can be released in accordance with the FOIA.  In processing such requests, the IR Staff consults with personnel in the senior leadership offices and, when appropriate, with other components within the Department of Justice, as well as with other Executive Branch agencies.

    2.  I provide this declaration to explain OIP's records searching methodology and the specific details of OIP's records searches conducted in response to plaintiff's FOIA request.

1

3.    I make the statements herein on the basis of personal knowledge, as well as on information acquired by me in the course of performing my official duties.

### OIP's Receipt of Plaintiff's FOIA Request

4.    By letter submitted via facsimile, dated March 6, 2017, plaintiff submitted a FOIA request to OIP seeking:  (1) "all records containing or reflecting advice and/or recommendations given to Attorney General Jeff Sessions by his staff regarding whether or not he should recuse himself from any matters involving the 2016 presidential campaign;" (2) "all calendars for Attorney General Sessions for the period February 27, 2017 through March 3, 2017;" and (3) "all documents effectuating the attorney general's recusal within the Department of Justice." Plaintiff also requested expedited processing of this FOIA request, stating that the records that plaintiff was seeking were "of widespread and exceptional media interest and… [involve] possible questions about the government's integrity that affect public confidence."  A copy of plaintiff's FOIA request, dated March 6, 2017, is attached hereto as Exhibit A.

5.    By letter dated March 15, 2017, OIP acknowledged plaintiff's FOIA request, assigning it OIP tracking number DOJ–2017-002728 (AG), and informed plaintiff that OIP was searching for records responsive to plaintiff's FOIA request in the Office of the Attorney General.  In this acknowledgement letter, OIP further advised plaintiff that its FOIA request had been granted expedited processing by DOJ's Office of Public Affairs, and accordingly, had been placed in OIP's expedited processing track.[1]  A copy of OIP's acknowledgement letter, dated March 15, 2017 is attached hereto as Exhibit B.

---

[1] The letter erroneously stated that OIP had placed plaintiff's FOIA request in the complex processing track.  In fact, as of March 15, 2017, OIP placed plaintiff's request in the expedited processing track and proceeded to process the request accordingly.

2

6.   On April 4, 2017, plaintiff filed suit in connection with FOIA request DOJ–2017-002728.  See Complaint, ECF No. 1.

### OIP's Interim and Final Responses to Plaintiff's FOIA Request

7.   By letter dated June 16, 2017, OIP provided its first interim response to plaintiff's FOIA request.  Pursuant to this response, OIP informed plaintiff that OIP located two pages that were responsive to parts (1) and (3) of plaintiff's request for certain records related to the Attorney General's recusal decision.  These two pages were released to plaintiff in full.  OIP further informed plaintiff that it was continuing to process records responsive to part (2) of plaintiff's request and would respond to plaintiff again as soon as OIP's work on those records was completed.  A copy of OIP's first interim response, dated June 16, 2017 is attached hereto as Exhibit C.

8.   By letter dated June 30, 2017, OIP provided its second interim response to plaintiff's FOIA request.  Pursuant to this response, OIP informed plaintiff that OIP located nine pages responsive to part (2) of plaintiff's request for particular daily calendars of the Attorney General.  Certain material within these nine pages, pertaining to specific meeting categories as determined in the Joint Status Report filed on June 21, 2017 (See ECF No. 15), was provided to plaintiff with excisions made pursuant to Exemption 6 of the FOIA.  OIP further informed plaintiff that it was continuing to process records responsive to part (2) of plaintiff's request and would respond to plaintiff again by July 7, 2017 pursuant to the Joint Status Report filed on June 21, 2017 (See ECF No. 15).  A copy of OIP's second interim response, dated June 30, 2017 is attached hereto as Exhibit D.

9.   By letter dated July 7, 2017, OIP provided its final response to plaintiff's FOIA requests.  Pursuant to this response, OIP informed plaintiff that OIP's review of the remaining

material within the nine pages responsive to part (2) of plaintiff's request was complete.  These

nine pages were released to plaintiff with certain excisions made pursuant to Exemptions 5 and 6

of the FOIA.  All reasonably segregable, nonexempt information from these records has been

disclosed to plaintiff.  A copy of OIP's final response letter to plaintiff, dated July 7, 2017 is

attached hereto as Exhibit E.

10.  Pursuant to the Joint Status Report filed on July 13, 2017 (*see* ECF No. 17), plaintiff

advised that it would not challenge any of the FOIA redactions or withholdings made by OIP

relating to the June 30, 2017 and July 7, 2017 responses described above.  As such, these

redactions and withholdings are not addressed further herein.

<u>**Description of OIP's Standard Search Methods**</u>

11. As noted in paragraph 1 above, OIP processes FOIA requests on behalf of itself and

six senior leadership offices of the Department of Justice.  OIP makes determinations upon

receipt of a FOIA request, both as to the appropriate senior leadership office or offices in which

to conduct initial records searches, and the records repositories and search methods to use in

conducting records searches on behalf of the designated senior leadership offices.  Assessments

of where responsive records are likely maintained are based on a review of the content of the

request itself and the nature of the records sought therein, as well as our familiarity with the

types and location of records that each senior leadership office maintains, discussions with

knowledgeable personnel in the senior leadership offices, and any research that OIP staff may

conduct on the topic of the request.

12. When searching the records of leadership office custodians, OIP staff employ any one

of a variety of search methods, or a combination of methods, depending on a number of factors,

including the type of records systems implicated in the search.  Potentially responsive records may be located in e-mail systems, computer hard drives, and/or hard copy (paper) files.

13. When processing a FOIA request implicating records maintained by one or more of the senior leadership offices, OIP typically initiates records searches by sending a search notification email to the specific office(s), which notifies the office(s) of the receipt of the request and that OIP will conduct a search of staff members within that office.  Once the search notification has been issued to the appropriate office, OIP commences a search that encompasses the e-mail and electronic computer files maintained by staff in that office.   Additionally, individual staff members, as the custodian of their own records, are instructed to advise OIP if they have potentially responsive material which would not be captured pursuant to OIP's remote electronic records search (e.g., paper records), in which case such records will either (1) be provided directly to OIP for review and processing; or (2) be identified for OIP so that an OIP Government Information Specialist or Attorney-Advisor may conduct an appropriate search of those records.[2]  Senior leadership office staff members who conduct their own searches will do so depending on how they maintain their own records.  If, for example, an individual organizes their records by topic, office, or other category and already knows where potentially responsive material would be located, they may simply review that material and provide it to OIP without the need for, or in addition to, a "keyword" search.

14. OIP's initial determination regarding relevant leadership offices, search methods, and/or records custodians is not always final.  In order to ensure that reasonably thorough records searches are conducted, during the course of processing a given FOIA request, OIP continually

---

[2] Where appropriate, the senior leadership offices may also identify former staff whose records should be searched by OIP.

assesses whether other (both current and former) staff members' records should be searched, or whether supplemental or alternative search methods (such as targeted inquiries to knowledgeable leadership office staff regarding the existence of records not identified via "keyword" searches) should be used, and will initiate such additional searches as appropriate.  This assessment is based on OIP's review of records that are located in the initial records searches, discussions with Department personnel, or other pertinent factors.  In sum, OIP records searches are conducted in an agile and comprehensive manner, and the various search steps undertaken by OIP staff in response to a given request work in tandem to achieve a complete records search.

### OIP's Search Methods and Records Searches
### Conducted in Response to Plaintiff's FOIA Request

15. Upon review of plaintiff's request, OIP's IR Staff determined that because the request sought records pertaining to Attorney General Jeff Sessions' daily calendars and his recusal decision (specifically, advice and/or recommendations provided to him by his staff and the effectuation of his recusal decision) records potentially responsive to the request would most likely be maintained by the Office of the Attorney General (OAG).  Accordingly, OIP conducted searches for relevant records in OAG, as well as for records within the Departmental Executive Secretariat (DES) which, as discussed further below, is the official records repository for OAG. In addition to its search of OAG, OIP consulted with knowledgeable OAG staff and made targeted inquires of other DOJ offices that might maintain potentially responsive records and subsequently determined that it was not reasonably likely that potentially responsive non-duplicative records would be located anywhere other than OAG records systems.

### *OIP's Search of OAG in Response to Plaintiff's Request*

16. On March 13, 2017, OIP initiated a search within OAG for copies of Attorney General Sessions' calendars for the period of February 27, 2017 – March 3, 2017.  Specifically,

6

OIP contacted OAG's relevant point of contact for the Attorney General's calendars and directly obtained complete copies of the calendars for the relevant time period (which totaled nine pages).  With respect to the remainder of plaintiff's request, as detailed below, OIP initiated a remote electronic search of the email and computer files of all OAG officials on staff in OAG at that time, which were the same officials on staff at or around the time of the recusal decision, as well as the Attorney General himself.[3]  Moreover, consistent with the standard procedures as described in paragraph 13, on March 15, 2017, OIP issued a search notification to OAG which provided records custodians with the details of the request and instructions to identify additional records, such as hard copy paper records, that would not be captured by OIP's remote search. No such records (i.e., records not captured by OIP's remote search) were ultimately identified.[4]

### i.  Electronic Searches of OAG Officials

17.  E-mail and other electronic records are searched by OIP using a sophisticated electronic system which remotely searches through a given custodian's entire e-mail collection and electronic computer files to isolate and locate potentially responsive records within that collection of digital records, using search parameters that are provided by OIP staff.  This same system then serves as the review platform by which OIP staff review the records retrieved using

---

[3] OIP interpreted the reference to the Attorney General's "staff" in part (1) of the request as a reference to officials employed in OAG.  However, OIP's search of OAG officials and specifically, of the Attorney General's files, would also have captured (if they existed) relevant records in OAG files concerning advice or recommendations "given to [the] Attorney General" by persons outside of OAG.[4] As is discussed further below, OIP also subsequently conducted additional steps to ensure a thorough search, including discussions with knowledgeable leadership office staff, ultimately confirming that no other responsive records were likely to exist in Department files.

[4] As is discussed further below, OIP also subsequently conducted additional steps to ensure a thorough search, including discussions with knowledgeable leadership office staff, ultimately confirming that no other responsive records were likely to exist in Department files.

those initial search parameters.  In this instance, OIP staff conducted searches of OAG email

accounts and electronic computer files using this electronic search and review platform.

18.   OIP initiated its search of OAG officials by conducting comprehensive searches of

OAG email accounts and electronic computer files using the electronic search and review

platform identified above.  In conducting these electronic searches, OIP used the search terms

"recus*" (which would have captured all keyword variations including the stem "recus,"

including "recuse," "recusal," "recusals," "recused," "recuses," and "recusing") and "conflict of

interest."  This search encompassed the date range of February 8, 2017 to March 2, 2017, the

date of Attorney General Sessions' confirmation to the position of Attorney General to the date

that he formally announced his recusal from any investigations into matters regarding the 2016

presidential campaign (*see* www.justice.gov/opa/pr/attorney-general-sessions-statement-

recusal).[5]  OIP staff then individually reviewed each record returned using these search terms,

and ultimately determined that two records, totaling two pages, were responsive to plaintiff's

FOIA request.  These records consisted of (1) the official press statement announcing the

Attorney General's recusal decision and (2) an e-mail from the Attorney General's Chief of Staff

to pertinent Department personnel effectuating the recusal decision.

### ii.  Search of the Departmental Executive Secretariat (DES)

---

[5] OIP employed a March 2 date restriction for these initial electronic searches in light of the
nature of plaintiff's request.  Specifically, part (1) of the request sought records related to advice
or recommendations given to the Attorney General in formulating his recusal decision.  Part (2)
sought documents "effectuating" the decision, which the Attorney General himself announced
through an official statement on March 2.  Nonetheless, as described in more detail elsewhere in
this declaration, OIP also went beyond the scope of this initial electronic search and canvassed
relevant Department staff for records that might not have been captured – both through its
routine search notification process and its targeted inquiries of knowledgeable personnel.  The
combination of these search steps would have captured records through the dates of OIP's
responses to plaintiff – well beyond the initial OAG electronic search cut-off date of March 2.

19.  The DES is the official records repository of OAG and maintains records of all formal correspondence sent to or from that office from January 1, 2001, to the present day. Moreover, the DES is used to track internal Department correspondence sent through formal channels, as well as certain external correspondence including Departmental correspondence with Congress.  As such, OIP's search of the DES would likely identify formal communications, such as intra-Departmental memoranda, responsive to plaintiff's FOIA request.

20.  Records received by the designated senior leadership offices are entered into DES's Intranet Quorum (IQ) database by trained analysts.  The data elements entered into the system include such items as the date of the document, the date of receipt, the sender, the recipient, as well as a detailed description of the subject of the record.  In addition, entries are made that, among other things, reflect what action is to be taken on the records, which component has responsibility for that action, and when that action should be completed.  Keyword searches of the electronic IQ database may then be conducted by utilizing a single search parameter or combinations of search parameters.  Search parameters may include the subject, organization, date, name, or other keywords.

21.  In this case, OIP staff conducted a broad search for records responsive to plaintiff's FOIA request in the IQ electronic database of the DES using the following terms:  "recusal," "recusing," "recuse," and "Russia + recusal."[6]  This search was limited to the date range of February 8, 2017 to March 2, 2017, for the reasons explained in paragraph 18   As a result of the DES search, OIP staff did not locate any records responsive to plaintiff's FOIA request.

_____

[6] Due to the different, more basic search functionality of the DES search system, the search terms used here varied somewhat from those used in the electronic search and review platform used to search OAG custodians' files.  The search terms OIP used for its DES search were reasonably expected to retrieve any potentially responsive records from this records system.

**Additional Steps Taken to Assess Existence of Potentially Responsive Records**

22.  As indicated above, it is standard process for OIP to engage in a dynamic search process which is informed by a totality of factors and information available on the location and format of potentially responsive records.  If, based on OIP's review of material located in records searches, on discussions with knowledgeable personnel, or on information provided by requesters or OIP's own research, sufficient indicia exist that potentially responsive agency records might be located in records systems or formats other than those initially anticipated, or beyond date ranges initially identified, OIP staff will assess whether additional search or retrieval steps are appropriate to ensure an adequate search under FOIA.  OIP staff employ this "quality assurance" throughout the processing of each FOIA request.  Thus, while OIP searches follow a generally standardized process typically limited to particular DOJ records systems, these searches are not merely formulaic; rather, they are continually reassessed and informed, on an individualized basis, by a variety of factors, up to the date of the final determination on the request.

23.  Although the IR Staff determined that records potentially responsive to plaintiff's request would most likely have been located in the above-described searches of OAG and the DES, in order to ensure a comprehensive search, prior to responding to plaintiff's request, OIP undertook additional steps to ascertain whether other potentially responsive records might be maintained by the Department.  Specifically, OIP consulted with knowledgeable staff in OAG and in two other Department components, as detailed below, before concluding that no records

beyond those captured in its original search of OAG staff emails and computer files were likely to exist in Department files.

24.   In addition to the search of OAG files, OIP forwarded plaintiff's request to the Justice Management Division (JMD) to assess whether it or the Departmental Ethics Office (DEO) maintained any relevant records pertaining to Attorney General Sessions' recusal from investigations relating to the 2016 presidential campaign.   DEO administers the Department-wide ethics program and implements Department-wide ethics policies, as well as provides ethics advice and training to employees of the Department's senior management offices (*see* www.justice.gov/jmd/departmental-ethics-office).   In response to OIP's inquiry, which was not limited by any date restriction, JMD provided OIP with all documents that it identified relevant to the topic of plaintiff's request, including emails and electronic files.   It also advised that neither JMD nor DEO had any official memoranda pertaining to the Attorney General's recusal. OIP staff reviewed the documents provided by JMD and determined that the only potentially responsive document located by JMD was a duplicative copy of a document OIP had previously located in its OAG records search.

25.   Additionally, OIP forwarded plaintiff's request to the Office of the Deputy Attorney General (ODAG) to assess whether it maintained any relevant records pertaining to Attorney General Sessions' recusal from investigations relating to the 2016 presidential campaign. ODAG would perform the functions of the Attorney General with respect to matters from which he was recused (*see* www.justice.gov/opa/pr/attorney-general-sessions-statement-recusal), and OIP identified certain ODAG officials who, based on a review of records retrieved from OAG, might have maintained their own records on the topic of plaintiff's request.   In response to OIP's inquiry, which was not limited by any date restriction, the relevant ODAG officials provided OIP

with copies of all documents identified as relevant to Plaintiff's request, including emails and electronic files, or otherwise confirmed that they did not maintain any relevant documents separate from records maintained in OAG.  OIP reviewed the documents provided by ODAG and determined that the only potentially responsive documents located by ODAG were duplicative copies of documents OIP had previously located in its OAG records search.

26.  As a result of these additional search steps, OIP determined that there was no basis to believe that any potentially responsive non-duplicative records would be located anywhere other than in the OAG records systems OIP initially searched (as described in paragraphs 16-18 above) and that, as such, the searches OIP initially conducted of those systems were adequate for purposes of responding to plaintiff's request.

## Adequacy of OIP's Records Searches

27.  In sum, plaintiff's FOIA request sought:  (1) "all records containing or reflecting advice and/or recommendations given to Attorney General Jeff Sessions by his staff regarding whether or not he should recuse himself from any matters involving the 2016 presidential campaign;" (2) "all calendars for Attorney General Sessions for the period February 27, 2017 through March 3, 2017;" and (3) "all documents effectuating the attorney general's recusal within the Department of Justice."  Ex. A at 1.  With respect to item (2) of plaintiff's request, OIP retrieved and processed the entirety of Attorney General Sessions' calendars for the time period identified by plaintiff.  With respect to items (1) and (3) of plaintiff's request, OIP conducted searches of OAG and of the electronic database of the DES.  Moreover, in an effort to locate any additional records potentially responsive to plaintiff's request, OIP undertook a series of additional steps which, upon assessment, revealed no indication that any additional agency records existed beyond those captured by OIP's searches of OAG records systems, as detailed in

12

paragraphs 16-18 above.  Based on my experience with the Department, my familiarity with the records maintained by the leadership offices, discussions with knowledgeable staff, as well as my understanding of the scope of plaintiff's request, and information gathered from the documents themselves, I aver that OIP's searches were reasonably calculated to uncover all potentially responsive records and that all files likely to contain relevant documents were searched.

I declare under penalty of perjury that the foregoing is true and correct.

Vanessa R. Brinkmann

Executed this 8th day of August 2017.

# EXHIBIT A

# CREW | citizens for responsibility and ethics in washington

March 6, 2017

**BY FACSIMILE: (202) 514-1009**

Laurie Day
Chief, Initial Request Staff
Office of Information Policy
Department of Justice
Suite 11050
1425 New York Ave., N.W.
Washington, D.C. 20530-0001

<span style="color:red">RECEIVED

MAR 0 6 2017

Office of Information Policy</span>

Re: <u>Expedited Freedom of Information Act Request</u>

Dear Ms. Day:

Citizens for Responsibility and Ethics in Washington ("CREW") makes this expedited request for records pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and Department of Justice ("DOJ") regulations.

First, CREW requests copies of all records containing or reflecting advice and/or recommendations given to Attorney General Jeff Sessions by his staff regarding whether or not he should recuse himself in any matters involving the 2016 presidential campaign.

Second, CREW requests copies of all calendars for Attorney General Sessions for the period February 27, 2017 through March 3, 2017.

Third, CREW requests copies of all documents effectuating the attorney general's recusal within the Department of Justice.

Please search for records regardless of format, medium, or physical characteristics. We seek records of any kind, including electronic records, audiotapes, videotapes, calendars, photographs, and graphical material. Where possible, please produce records electronically, in PDF or TIF format, on a CD-ROM.

If it is your position any portion of the requested records is exempt from disclosure, CREW requests that you provide an index of those documents as required under *Vaughn v. Rosen*, 484 F.2d 820 (D.C. Cir. 1973), *cert. denied*, 415 U.S. 977 (1972). In the event some portions of the requested records are properly exempt from disclosure, please disclose any reasonably segregable non-exempt portions of the requested records. *See* 5 U.S.C. § 552(b). If it is your position that a document contains non-exempt segments, but that those non-exempt segments are so dispersed throughout the document as to make segregation impossible, please state what portion of the

Laurie Day
March 6, 2017
Page Two

document is non-exempt, and how the material is dispersed throughout the document.
*Mead Data Central*, 566 F.2d at 261.

Finally, CREW welcomes the opportunity to discuss with you whether and to what extent this request can be narrowed or modified to better enable your office to process it within the FOIA's deadlines.

<u>**Fee Waiver Request**</u>

In accordance with 5 U.S.C. § 552(a)(4)(A)(iii) and 28 C.F.R. § 16.11(k), CREW requests a waiver of fees associated with processing this request for records. The subject of this request concerns the operations of the federal government, and the disclosures likely will contribute to a better understanding of relevant government procedures by CREW and the general public in a significant way. Moreover, the request primarily and fundamentally is for non-commercial purposes. 5 U.S.C. § 552(a)(4)(A)(iii). *See, e.g., McClellan Ecological v. Carlucci*, 835 F.2d 1282, 1285 (9th Cir. 1987).

As has been widely reported, during his confirmation hearing Attorney General Sessions denied having any contacts with Russians during the 2016 presidential campaign. Last week it was revealed that, in fact, the attorney general had two separate contacts with Russian Ambassador Sergey Kislyak, including at the Republican National Convention.[1] Less than 24 hours after these revelations, Attorney General Sessions announced he was recusing himself "'from any existing or future investigations of any matter relating in any way to the campaigns for president of the United States.'"[2] Significantly, the attorney general stated he made the decision to recuse himself after being told by his staff, "since I had involvement with the campaign, I should not be involved in any campaign investigation." *Id.* Further, he claimed the meeting at which recusal was to be discussed already had been set for March 2 during a meeting held on February 27, 2017. *Id.*

The requested records are likely to contribute to public understanding of the true motivation behind Attorney General Sessions's recusal decision, the extent to which it was guided by advice from his staff, and the extent to which it was influenced by the public revelation he had not testified fully and truthfully before Congress during his

---

[1] *See, e.g.,* Karoun Demirjian, Ed O'Keefe, Sari Horwitz and Matt Zapotosky, <u>Attorney General Jeff Sessions Will Recuse Himself From Any Probe Related to 2016 Presidential Campaign</u>, *Washington Post,* Mar. 2, 2017 (*available at* <u>https://www.washingtonpost.com/powerpost/top-gop-lawmaker-calls-on-sessions-to-recuse-himself-from-russia-investigation/2017/03/02/148c07ac-ff46-11e6-8ebe-6e0dbe4f2bca_story.html?utm_term=.1ecc6c71f2a5</u>).

[2] Aaron Blake, <u>Transcript of Jeff Sessions's Recusal News Conference, Annotated</u>, *Washington Post,* Mar. 2, 2017, quoting Attorney General Jeff Sessions (*available at* <u>https://www.washingtonpost.com/news/the-fix/wp/2017/03/02/transcript-of-jeff-sessionss-recusal-press-conference-annotated/?utm_term=.1e45958eba88</u>).

Laurie Day
March 6, 2017
Page Three

confirmation hearing. The public interest in the integrity and honesty of the nation's top law enforcement official could not be greater.

CREW is a non-profit corporation organized under section 501(c)(3) of the Internal Revenue Code. CREW is committed to protecting the public's right to be aware of the activities of government officials and to ensuring the integrity of those officials. CREW is committed to protecting the public's right to be aware of the activities of government officials, to ensuring the integrity of those officials, and to highlight outside influences that bear on the decisions of public officials. CREW uses a combination of research, litigation, and advocacy to advance its mission. CREW intends to analyze the information responsive to this request and to share its analysis with the public through reports, press releases, or other means. In addition, CREW will disseminate any documents it acquires from this request to the public through its website, www.citizensforethics.org, and through www.scribd.com. The release of information obtained through this request is not in CREW's financial interest.

CREW also asks that it not be charged search or review fees for this request pursuant to the FOIA and DOJ regulation 28 C.F.R. § 16.10 because CREW qualifies as a member of the news media. *See Nat'l Sec. Archive v. U.S. Dep't of Defense*, 880 F.2d 1381, 1386 (D.C. Cir. 1989) (holding non-profit a "representative of the news media" and broadly interpreting the term to include "any person or organization which regularly publishes or disseminates information to the public").

CREW routinely and systematically disseminates information to the public in several ways. CREW's website receives tens of thousands of page views each month. The website includes a blog that reports on and analyzes newsworthy developments regarding government ethics, corruption, and money in politics, as well as numerous reports CREW has published to educate the public about these issues. In addition, CREW posts all of the documents it receives under the FOIA at www.scribd.com, and those documents have been visited hundreds of thousands of times.

Under these circumstances, CREW satisfies fully the criteria for a fee waiver.

### Request for Expedition

Finally, please be advised that CREW also has requested expedition of this request because its subject matter is of widespread and exceptional media interest and the requested information involves possible questions about the government's integrity that affect public confidence. Pursuant to 28 C.F.R. § 16.5(e)(2), CREW submitted that request to the Director of Public Affairs; a copy of this request is enclosed.

Laurie Day
March 6, 2017
Page Four

## <u>Conclusion</u>

If you have any questions about this request or foresee any problems in releasing fully the requested records, please contact me at (202) 408-5565 or aweismann@citizensforethics.org. Also, if CREW's request for a fee waiver is not granted in full, please contact me immediately upon making such determination. Please send the requested records to me at either aweismann@citizensforethics.org or Anne Weismann, Citizens for Responsibility and Ethics in Washington, 455 Massachusetts Ave., N.W., 6th Floor, Washington, D.C. 20001. Thank you for your assistance in this matter.

Sincerely,

Anne L. Weismann
Chief FOIA Counsel

Encl.

# CREW | citizens for responsibility and ethics in washington

March 6, 2017

**BY FACSIMILE: (202) 514-1009**

Sarah Isgur Flores
Director, Office of Public Affairs
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

Re: <u>Request for Expedition of Freedom of Information Act Request</u>

Dear Ms. Flores:

Pursuant to Department of Justice ("DOJ") regulations, 28 C.F.R. § 16.5(e)(2), Citizens for Responsibility and Ethics in Washington ("CREW") requests that you authorize the expedition of a Freedom of Information Act ("FOIA") request CREW made today of the Office of Information Policy for records of Attorney General Jeff Sessions. I have enclosed a copy of this request.

The request seeks three categories of records: (1) all records containing or reflecting advice and/or recommendations given to Attorney General Jeff Sessions by his staff regarding whether or not he should recuse himself in any matters involving the 2016 presidential campaign; (2) copies of all calendars for Attorney General Sessions for the period February 27, 2017 through March 3, 2017; and (3) copies of all documents effectuating the attorney general's recusal within the Department of Justice. As CREW's request explains, last week it was revealed publicly that, contrary to his confirmation hearing testimony, the attorney general had met on two separate occasions with Russian Ambassador Sergey Kislyak, including at the Republican National Convention.[1] Less than 24 hours after these revelations, Attorney General Sessions announced he was recusing himself "'from any existing or future investigations of any matter relating in any way to the campaigns for president of the United States.'"[2] Attorney General Sessions

---

[1] *See, e.g.,* <u>Karoun Demirjian</u>, <u>Ed O'Keefe</u>, <u>Sari Horwitz</u> and <u>Matt Zapotosky</u>, <u>Attorney General Jeff Sessions Will Recuse Himself From Any Probe Related to 2016 Presidential Campaign</u>, *Washington Post,* Mar. 2, 2017 (*available at* <u>https://www.washingtonpost.com/powerpost/top-gop-lawmaker-calls-onsessions-to-recuse-himself-from-russia-investigation/2017/03/02/148c07ac-ff46-11e6-8ebe-6e0dbe4f2bca_story.html?utm_term=.1ecc6c71f2a5</u>).

[2] Aaron Blake, <u>Transcript of Jeff Sessions's Recusal News Conference, Annotated</u>, *Washington Post,* Mar. 2, 2017, quoting Attorney General Jeff Sessions (*available at* <u>https://www.washingtonpost.com/news/the-fix/wp/2017/03/02/transcript-of-jeff-sessionss-recusal-press-conference-annotated/?utm_term=.1e45958eba88</u>).

explained he was acting on the advice of his staff, specifically that since he had been involved with the 2016 presidential campaign, he "should not be involved in any

Sarah Isgur Flores
March 6, 2017
Page Two

campaign investigation." *Id.* He claimed further that it had been on his calendar for days that he would make a recusal determination on March 2, 2017. *Id.*

CREW seeks expedition because the subject matter of its request is of widespread and exceptional media interest and the requested information involves possible questions about the government's integrity, which clearly affect public confidence as evidenced by the intense public interest in Attorney General Sessions's recusal and the questions raised about his truthfulness and integrity. The public needs to have confidence that the nation's top law enforcement officer is holding himself up to the highest ethical standards. The need for expedition is especially urgent given President Donald Trump's allegation -- made without any factual support -- that President Obama implemented a wiretap of his phones when he was a presidential candidate. This allegation directly implicates DOJ and makes it imperative that the public has confidence in DOJ's leadership and how it will handle this inflammatory allegation.

CREW's primary purpose is to inform the public about the activities of government officials and those who influence public officials. Toward that end, CREW uses statutes like the FOIA to gather information the public needs to hold public officials accountable. The request for which CREW seeks expedition will further those goals.

I certify the following is true and correct.

Sincerely,

Anne L. Weismann
Chief FOIA Counsel

Encl.

# EXHIBIT B



**U.S. Department of Justice**

Office of Information Policy

*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC  20530-0001*

*Telephone: (202) 514-3642*

March 15, 2017

Ms. Anne Weismann
Chief FOIA Counsel
CREW
455 Massachusetts Avenue, NW
Washington, DC  20001
aweismann@citizensforethics.org

Re:   DOJ-2017-002728 (AG)
      VRB:DRH:ERH

Dear Ms. Weismann:

This is to acknowledge receipt of your letter dated and received in this Office on March 6, 2017, in which you requested (1) records pertaining to Attorney General Jeff Sessions' decision to recuse himself from any investigation of Russian interference in the 2016 presidential election (as described in parts 1 and 3 of your request), and (2) the Attorney General's calendars for February 27, 2017, to March 3, 2017.  This response is made on behalf of the Office of the Attorney General

You have requested expedited processing of your request pursuant to the Department's standard involving "[a] matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity which affect public confidence."  See 28 C.F.R. § 16.5(e)(1)(iv) (2015).  Pursuant to Department policy, we directed your request to the Director of Public Affairs, who makes the decision whether to grant or deny expedited processing under this standard.  See id. § 16.5(e)(2). The Director has determined that your request for expedited processing should be granted.  Accordingly, your request has been assigned to a Government Information Specialist in this Office and a records search has been initiated in the Office of the Attorney General.

We are in receipt of your request and are currently searching for responsive records.  For your information, we use multiple tracks to process requests, but within those tracks we work in an agile manner, and the time needed to complete our work on your request will necessarily depend on a variety of factors, including the complexity of our records search, the volume and complexity of any material located, and the order of receipt of your request.  At this time we have assigned your request to the complex track.  In an effort to speed up our process, you may wish to narrow the scope of your request to limit the number of potentially responsive records so that it can be placed in a different processing track.

We have not yet made a decision on your request for a fee waiver.  We will do so after we determine whether fees will be assessed for this request.

If you have any questions or wish to discuss the processing of your request, you may contact me by telephone at the above number or you may write to me at Office of Information

Policy, United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001.  Lastly, you may contact our FOIA Public Liaison at the above telephone number to have any concerns you may have addressed.

Sincerely,

Vanessa R. Brinkmann
Senior Counsel

# EXHIBIT C



**U.S. Department of Justice**

Office of Information Policy

*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC  20530-0001*

*Telephone: (202) 514-3642*

June 16, 2017

Ms. Anne Weismann
Chief FOIA Counsel
CREW
455 Massachusetts Avenue, NW
Washington, DC  20001                          Re:      DOJ-2017-002728 (AG)
aweismann@citizensforethics.org                         No. 1:17-cv-0599 (D.D.C.)

Dear Ms. Weismann:

        This is an interim response to your above-referenced Freedom of Information Act (FOIA) request and related lawsuit, dated and received in this Office on March 6, 2017 seeking:  (1) "all records containing or reflecting advice and/or recommendations given to Attorney General Jeff Sessions by his staff regarding whether or not he should recuse himself from any matters involving the 2016 presidential campaign;" (2) "all calendars for Attorney General Sessions for the period February 27, 2017 through March 3, 2017;" and (3) "all documents effectuating the attorney general's recusal within the Department of Justice."  This response is made on behalf of the Office of the Attorney General (OAG).

        Please be advised that our records searches on behalf of OAG are now complete.  We have also completed an initial review of the records located pursuant to our searches, and two pages of records responsive to parts (1) and (3) of your request were identified.  I have determined that these two pages are appropriate for release without excision.  Although I understand that the content of these records is already in the public domain, I enclose courtesy copies for your records.  We are continuing to process records that are responsive to part (2) of your request, and will respond to you again as soon as our work on those records is completed.

        For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA.  *See* 5 U.S.C. § 552(c) (2015) (amended 2016).  This response is limited to those records that are subject to the requirements of the FOIA.  This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

If you have any questions regarding this response, please contact Kathryn Davis of the Department's Civil Division, Federal Programs Branch, at (202) 616-8298.

Sincerely,

Vanessa R. Brinkmann
Senior Counsel

Enclosures

**Hunt, Jody (OAG)**

| | |
|---|---|
| **From:** | Hunt, Jody (OAG) |
| **Sent:** | Thursday, March 02, 2017 3:53 PM |
| **To:** | Boente, Dana (ODAG); Comey, James B. (DO) (FBI); McCord, Mary (NSD); Ramer, Sam (OLA); Flores, Sarah Isgur (OPA) |
| **Subject:** | Recusal |

After careful consideration following meetings with career Department officials over the course of the past several weeks, the Attorney General has decided to recuse himself from any existing or future investigations of any matters related in any way to the campaigns for President of the United States.  The Attorney General's recusal is not only with respect to such investigations, if any, but also extends to Department responses to Congressional and media inquiries related to any such investigations.

You should instruct members of your staffs not to brief the Attorney General (or other officials in the Office of the Attorney General) about, or otherwise involve the Attorney General (or other officials in the Office of the Attorney General) in, any such matters described above.

Pursuant to the Department's Order of Succession, Acting Deputy Attorney General and U.S. Attorney for the Eastern District of Virginia Dana Boente shall act as, and perform the functions of, the Attorney General with respect to any such matters from which the Attorney General has recused himself.

Jody



*Jody Hunt*
*Chief of Staff*
*Office of the Attorney General*
*U.S. Department of Justice*

**USDOJ-Office of Public Affairs (SMO)**

| | |
|---|---|
| **From:** | USDOJ-Office of Public Affairs (SMO) |
| **Sent:** | Thursday, March 02, 2017 4:08 PM |
| **To:** | USDOJ-Office of Public Affairs (SMO) |
| **Subject:** | ATTORNEY GENERAL SESSIONS STATEMENT ON RECUSAL |

 **Department of Justice**

| | |
|---|---|
| FOR IMMEDIATE RELEASE | AG |
| THURSDAY, MARCH 2, 2017 | (202) 514-2007 |
| WWW.JUSTICE.GOV | TTY (866) 544-5309 |

## ATTORNEY GENERAL SESSIONS STATEMENT ON RECUSAL

WASHINGTON – Attorney General Jeff Sessions today issued the following statement:

"During the course of the confirmation proceedings on my nomination to be Attorney General, I advised the Senate Judiciary Committee that '[i]f a specific matter arose where I believed my impartiality might reasonably be questioned, I would consult with Department ethics officials regarding the most appropriate way to proceed.'

"During the course of the last several weeks, I have met with the relevant senior career Department officials to discuss whether I should recuse myself from any matters arising from the campaigns for President of the United States.

"Having concluded those meetings today, I have decided to recuse myself from any existing or future investigations of any matters related in any way to the campaigns for President of the United States.

"I have taken no actions regarding any such matters, to the extent they exist.

"This announcement should not be interpreted as confirmation of the existence of any investigation or suggestive of the scope of any such investigation.

"Consistent with the succession order for the Department of Justice, Acting Deputy Attorney General and U.S. Attorney for the Eastern District of Virginia Dane Boente shall act as and perform the functions of the Attorney General with respect to any matters from which I have recused myself to the extent they exist."

# # #

17-237

DO NOT REPLY TO THIS MESSAGE. IF YOU HAVE QUESTIONS, PLEASE USE THE CONTACTS IN THE MESSAGE OR CALL THE OFFICE OF PUBLIC AFFAIRS AT 202-514-2007.

# EXHIBIT D



**U.S. Department of Justice**

Office of Information Policy

*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC  20530-0001*

*Telephone: (202) 514-3642*

June 30, 2017

Ms. Anne Weismann
Chief FOIA Counsel
CREW
455 Massachusetts Avenue, NW
Washington, DC  20001                                   Re:     DOJ-2017-002728 (AG)
aweismann@citizensforethics.org                                 No. 1:17-cv-0599 (D.D.C.)

Dear Ms. Weismann:

    This is our second interim response to your above-referenced Freedom of Information
Act (FOIA) request and related lawsuit, dated and received in this Office on March 6, 2017
seeking:  (1) "all records containing or reflecting advice and/or recommendations given to
Attorney General Jeff Sessions by his staff regarding whether or not he should recuse himself
from any matters involving the 2016 presidential campaign;" (2) "all calendars for Attorney
General Sessions for the period February 27, 2017 through March 3, 2017;" and (3) "all
documents effectuating the attorney general's recusal within the Department of Justice."  This
response is made on behalf of the Office of the Attorney General (OAG).

    By letter dated June 16, 2017, we provided you with an interim response to your request,
and advised you that we were at that time continuing to process records responsive to part (2) of
your request.  Please be advised that nine pages of records responsive to part (2) of your request
were identified.  I have determined that certain material within these nine pages, pertaining to
specific meeting categories as determined in the Joint Status Report filed on June 21, 2017 (*See*
ECF, No. 15), is now appropriate for release with excisions made pursuant to Exemption 6 of the
FOIA, 5 U.S.C. § 552(b)(6), and copies are enclosed.  Exemption 6 pertains to information the
release of which would constitute a clearly unwarranted invasion of the personal privacy of third
parties.  Pursuant to the Joint Status Report filed on June 21, 2017 (*See* ECF, No. 15), we are
continuing to process the remaining material within these records that are responsive to part (2)
of your request, and will respond to you again by July 7, 2017.

    For your information, Congress excluded three discrete categories of law enforcement
and national security records from the requirements of the FOIA.  *See* 5 U.S.C. § 552(c) (2015)
(amended 2016).  This response is limited to those records that are subject to the requirements of
the FOIA.  This is a standard notification that is given to all our requesters and should not be
taken as an indication that excluded records do, or do not, exist.

2

    If you have any questions regarding this response, please contact Kathryn Davis of the
Department's Civil Division, Federal Programs Branch, at (202) 616-8298.

                                        Sincerely,

                                        Vanessa R. Brinkmann
                                        Senior Counsel

Enclosures

## February 27, 2017
## Monday

**In Process**

| | |
|---|---|
| 10:15 AM - 10:45 AM | **Meeting with Attorney General Doug Peterson, Nebraska   -- AG's Conference Room**<br>Location: AG's Conference room<br>AG POC: Danielle Curtrona<br>POC: Dave Lopez (b) (6) ████████████████<br>Attendees:  AG Doug Peterson, Josh Shasserre, Chief of Staff (Nebraska AG), Dave Lopez, Asst Nebraska AG, Ryan Post, Asst Nebraska AG, Mike Murray, Jim Crowell, Dana Boente, Robert Patterson, Danielle Cutrona |
| 11:00 AM - 11:15 AM | **Phone Call Mexican Attorney General, Raul Cervantes Andrade -- AG's Office**<br>Location: AG's office<br>POC: Rachael Tucker<br>Participants:  Rachael Tucker, Jody Hunt<br>In MX AG's office: Raul Cervantes Andrade; (b) (6) ████████ , Interpreter; (b) (6) ██████ , Guillermo Fonseca<br>MX AG will call Peggi to be connected |

**In Process**

**February 27, 2017 Continued**
Monday

In Process

**February 28, 2017**
Tuesday

In Process

**February 28, 2017 Continued**
Tuesday

In Process

**February 28, 2017 Continued**
Tuesday

In Process

**March 1, 2017**
Wednesday

In Process

**March 1, 2017 Continued**
Wednesday

In Process

**March 1, 2017 Continued**
Wednesday

In Process

**March 2, 2017**
Thursday

In Process

10:30 AM - 11:00 AM      **National Fraternal Order of Police meeting  -- AG's Office**
Location: AG's Office
POC: Danielle
Attendees: Danielle Cutrona; Chuck Canterbury, National President, FOP
Jim Pasco, Senior Advisor, FOP

Notes:
The issues to be address are: asset forfeiture reform, sentencing reform,
drug legalization and general anti-crime and criminals issues.

In Process

**March 2, 2017 Continued**
Thursday

In Process

5:15 PM - 6:15 PM       **Discussion on recusal issues -- AG's Conference Room**
Location: AG's Conference Room
POC: Jody Hunt
Attendees: Jody Hunt, Dana Boente, Jim Crowell, Tash Gauhar, Scott
Schools

In Process

**March 3, 2017**
Friday

In Process

**March 3, 2017 Continued**
Friday

In Process

10:00 AM - 10:30 AM          **Prep for NAACP meeting -- AG's office**
                             Attendee: Rachael Tucker and John Gore

10:30 AM - 11:00 AM          **Meeting with Cornell William Brook,  NAACP -- AG's Office**

                             Location: AG's Office
                             AG POC: Rachael Tucker
                             POC: (b) (6)                     Phone: (b) (6)
                             Attendees: Rachael Tucker, John Gore
                             Cornell William Brooks, President/CEO of the NAACP: Bradford Berry,
                             General Counsel of the NAACP  Cell: (b) (6)

In Process

11:30 AM - 11:45 AM          **Phone Call: Kevin Sabet, President of Smart Approaches to Marijuana -- AG's Office**
                             Location: AG's Office
                             POC: Danielle Cutrona
                             Participants: AG, Danielle Cutrona and Kevin Sabet
                             Call in number: (b) (6)

In Process

**March 3, 2017 Continued**
Friday

4:30 PM - 5:00 PM          **Discussion -- AG's Office**
                           Attendees: Jody Hunt, Scott Schools and James Crowell

# EXHIBIT E



**U.S. Department of Justice**
Office of Information Policy
*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC  20530-0001*

*Telephone: (202) 514-3642*

July 7, 2017

Ms. Anne Weismann
Chief FOIA Counsel
CREW
455 Massachusetts Avenue, NW
Washington, DC  20001                      Re:      DOJ-2017-002728 (AG)
aweismann@citizensforethics.org                     No. 1:17-cv-0599 (D.D.C.)

Dear Ms. Weismann:

This is our third response to your above-referenced Freedom of Information Act (FOIA) request and related lawsuit, dated and received in this Office on March 6, 2017 seeking:  (1) "all records containing or reflecting advice and/or recommendations given to Attorney General Jeff Sessions by his staff regarding whether or not he should recuse himself from any matters involving the 2016 presidential campaign;" (2) "all calendars for Attorney General Sessions for the period February 27, 2017 through March 3, 2017;" and (3) "all documents effectuating the attorney general's recusal within the Department of Justice."  This response is made on behalf of the Office of the Attorney General (OAG).

By letter dated June 30, 2017, we provided you with an interim response on certain material within the nine pages responsive to part (2) of your request, and advised you that we would respond to you again by July 7, 2017 on the remaining material within those pages, pursuant to the Joint Status Report filed on June 21, 2017 (*See* ECF No. 15).  Please be advised that our review of the remaining material within the nine pages responsive to part (2) of your request is now complete.  I have determined that this material is appropriate for release with excisions made pursuant to Exemptions 5 and 6 of the FOIA, 5 U.S.C. § 552(b)(5) and (b)(6), and copies are enclosed.  Exemption 5 pertains to certain inter- and intra-agency communications protected by the attorney work-product, deliberative process, and/or presidential communications privileges.  Exemption 6 pertains to information the release of which would constitute a clearly unwarranted invasion of the personal privacy of third parties.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA.  *See* 5 U.S.C. § 552(c) (2015) (amended 2016).  This response is limited to those records that are subject to the requirements of the FOIA.  This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

2

     If you have any questions regarding this response, please contact Kathryn Davis of the Department's Civil Division, Federal Programs Branch, at (202) 616-8298.

                                  Sincerely,

                                    Vanessa R. Brinkmann
                                    Senior Counsel

Enclosures

## February 27, 2017
### Monday

**7:30 AM - 7:30 AM**  
**En Route to the AG's Office**

**8:20 AM - 8:45 AM**  
**Senior Meeting  -- AG's Office**  
Location: AG's office  
POC: Jody Hunt  
Attendees: Jody Hunt, Dana Boente, Jim Crowell, Jesse Panuccio

**8:45 AM - 9:15 AM**  
**Leadership Meeting -- AG's Conference Room**  
POC: Jody Hunt  
Attendees:  Jody Hunt (OAG), Dana Boente (ODAG), Jim Crowell (ODAG), Jesse Panuccio (OASG), Sam Ramer (OLA), Peter Carr (OPA), Ryan Newman (OLP), Danielle Cutrona, Rachael Tucker, David Rybicki

**9:30 AM - 10:15 AM**  
**FBI Briefing  -- JCC**  
Location: JCC  
POC: Tashina Gauhar  
Attendees:  OAG:  Jody Hunt and Rachael Tucker, ODAG:  Acting DAG Boente, James Crowell, Tashina Gauhar, NSD:  Mary McCord, George Toscas, Stu Evans, Michael Mullaney

**10:15 AM - 10:45 AM**  
**Meeting with Attorney General Doug Peterson, Nebraska   -- AG's Conference Room**  
Location: AG's Conference room  
AG POC: Danielle Curtrona  
POC: Dave Lopez (b) (6)  
Attendees: AG Doug Peterson, Josh Shasserre, Chief of Staff (Nebraska AG), Dave Lopez, Asst Nebraska AG, Ryan Post, Asst Nebraska AG, Mike Murray, Jim Crowell, Dana Boente, Robert Patterson, Danielle Cutrona

**11:00 AM - 11:15 AM**  
**Phone Call Mexican Attorney General, Raul Cervantes Andrade -- AG's Office**  
Location: AG's office  
POC: Rachael Tucker  
Participants:  Rachael Tucker, Jody Hunt  
In MX AG's office: Raul Cervantes Andrade; (b) (6) , Interpreter; (b) (6) , Guillermo Fonseca  
MX AG will call Peggi to be connected

**11:15 AM - 11:45 AM**  
**FISA SIGNATURE TIME -- AG's Conference Room**  
Location:  AG conference room  
Attendees:  OAG: Jody & Rachel; ODAG: James Crowell & Tashina Gauhar; NSD: Stuart Evans, (b) (6)  
(b) (6) , (b) (6) , (b) (6) , Dana Boente

**11:45 AM - 12:30 PM**  
**LUNCH/Desk Time -- AG's Office**  
Location: AG's Office

**12:30 PM - 12:45 PM**  
(b) (5)  case discussion -- AG's Conference Room  
Location: AG's Conference Room  
POC: Rachael Tucker  
Attendees: Jody Hunt, Rachael Tucker, Ken Blanco, Dana Boente, James Crowell, Chad Readler and Bruce Swartz

**12:45 PM - 12:45 PM**  
**En Route to Executive Office Building**

**1:00 PM - 3:00 PM**  
**FYI: Judge Neil Gorsuch, Supreme Court Nominee (No attendance required) -- OLP Conference Room**

**1:00 PM - 1:20 PM**  
**Private Appointment -- Executive Office Building; First Floor, Room 87**

**1:30 PM - 3:00 PM**  
(b) (5)

## February 27, 2017 Continued
### Monday

| | |
|---|---|
| 3:00 PM - 3:15 PM | **En Route to AG's Office** |
| 3:15 PM - 3:30 PM | (b) (5) |
| | (b) (5) |
| 4:30 PM - 4:45 PM | **PRESS -- Press Room**<br>Location: Press Room, DOJ<br>POC: Jody Hunt |
| 5:00 PM - 5:45 PM | **Press Phone Call: Byron York (FOX News/Washington Times)  -- AG's Office**<br>Location: AG's Office<br>POC: Peter Carr<br>Participants: Peter Carr |
| 5:45 PM - 6:00 PM | **Phone Call with Justice Clarence Thomas -- AG's office** |
| 6:00 PM - 6:30 PM | **Press Phone Call: Hugh Hewitt (Radio Show) -- AG's Office**<br>Location: AG's Office<br>POC: Peter Carr<br>Participants: Hugh Hewitt |

## February 28, 2017
### Tuesday

| | |
|---|---|
| 7:30 AM - 7:30 AM | **En Route to AG's Office** |
| 8:20 AM - 8:45 AM | **Senior Meeting  -- AG's Office**<br>Location: AG's office<br>POC: Jody Hunt<br>Attendees: Jody Hunt, Dana Boente, Jim Crowell, Jesse Panuccio |
| 8:30 AM - 8:30 AM | **En Route to Ritz-Carlton *Staff attending should assemble in the AG's office**<br>Location: AG's office to Ritz-Carlton<br>Attendees: Sarah Flores and Danielle Tucker |
| 9:00 AM - 10:00 AM | **National Association of Attorney Generals, Speaking Engagement -- The Ritz-Carlton Hotel :1150 22nd Street, NW**<br>Location: The Ritz-Carlton Hotel :1150 22nd Street, NW [Plaza Ballroom]<br>POC: Noreen Cournoyer, Conference Planner (b) (6)<br>AG POCs: Danielle Cutrona and Sarah Flores<br>EVENT SCHEDULE<br>8:45: JBS will arrive at Ritz-Carlton and proceed to the hold room.   8:50: Sen. Luther Strange and NAAG officers will meet with JBS in hold room and take a photo.    Attendees: Sen. Luther Strange; NAAG President George Jepsen (AG-CT); NAAG President Elect Derek Schmidt (AG-KS); NAAG Vice President Jeff Landry (AG-LA), NAAG<br>ImmediatePast President Marty Jackley (AG-SD)   9:00: JBS will proceed to speech location   9:05: NAAG President Jepsen to introduce Sen. Strange    9:10: Sen. Strange to introduce JBS   9:15: JBS remarks   9:35: JBS concludes remarks   9:40: JBS departs |
| 10:00 AM - 10:00 AM | **En Route to AG's Office** |

## February 28, 2017 Continued
Tuesday

| | |
|---|---|
| 11:00 AM - 11:10 AM | **SPEAKING ENGAGEMENT: Remarks/ Introduction of Documentary  -- DOJ Conference Center (Room 7411)**<br>Location: DOJ Conference Center (Room 7411)<br>AG POC: Mary Blanche Hankey<br>POC: Richard Toscano<br>AG Role: Introduction to film screening of "Too Important to Fail?"<br>ATTENDEES: DOJ Employees<br>Agenda:<br>11:00-11:10am Remarks and introduction to film by AG<br>11:10  AG departs and returns to his office for FISA Signature time |
| 12:00 PM - 1:30 PM | **Lunch/Desk Time -- AG's Office** |
| 1:30 PM - 1:45 PM | **Discussion on national security issue -- AG's Office**<br>Location: AG's Office<br>POC: Rachael Tucker |
| 3:00 PM - 3:45 PM | **Antitrust Briefing -- AG's Conference room**<br>Location: AG's Conference Room<br>POC: Jesse Panuccio<br>Attendees: Jody Hunt (OAG); David Rybicki; Jesse Panuccio; Bryson Bachman (Deputy Associate AG (detailee from ATR), OASG); Rachel Parker (Chief of Staff, OASG); Brent Snyder (Acting AAG, ATR); Patty Brink (Director, Civil Enforcement, ATR); Jody Hunt; Michael Murray |
| 3:45 PM - 4:15 PM | **FISA SIGNATURE TIME -- AG's Conference Room**<br>Location:  OAG conference room<br>Time:  Daily at 11:00 am<br> Attendees: Jody and Rachel, James Crowell, Tashina Gauhar, Stuart Evans, (b) (6)                    , (b) (6)           , (b) (6) |
| 4:15 PM - 5:15 PM | **Budget Meeting -- AG's Conference Room**<br>Location: AG's Conference Room<br>POC: Jody Hunt<br>Attendees: Jody Hunt, Lee Lofthus, Dana Boente, James Crowell, Jolene Lauria and Danielle Cutrona |
| 5:15 PM - 5:15 PM | **En Route to the White House * Must arrive by 5:30** |
| 5:45 PM - 5:45 PM | **Depart from West Exec in White House Transportation** |
| 6:00 PM - 7:55 PM | **Cabinet Affairs escorts Cabinet to Leader Kevin McCarthy Reception,  -- H-107, Capitol**<br>Location: H-107, Capitol<br>Attendees: Reception a small group of select Republican House and Senate members |
| 8:00 PM - 8:50 PM | **Cabinet Affairs will escort Cabinet to holding area -- H-219**<br>Location: H-219<br>*Note that press will be set up in Statuary Hall |
| 8:50 PM - 8:50 PM | **Cabinet Affairs assists in lining Cabinet in Processional order (Jim Kaelin will assist, Congressional Cabinet Liaison)** |
| 9:01 PM - 9:01 PM | **The President enters the Hall of the House announced by the House Sergeant at Arms and escorted to the dais** |

## February 28, 2017 Continued
Tuesday

| | |
|---|---|
| 9:10 PM - 10:10 PM | **Joint Session of Congress -- Capitol, House Floor**<br>Location: Capitol, House Floor |
| 10:00 PM - 10:00 PM | **Potential Press Availability-Cabinet Affairs communications, Brad Rateike and Kaelan Dorr will escort some Cabinet Members to Statuary Hall for press availability -- Statuary Hall** |
| 10:30 PM - 10:30 PM | **Cabinet Members will depart via the Memorial Door and return to the White House West Exec** |
| 10:35 PM - 10:35 PM | **AG to Meet detail in East Plaza of the Capitol** |

## March 1, 2017
Wednesday

| | |
|---|---|
| 8:20 AM - 8:45 AM | **Senior Meeting  -- AG's Office**<br>Location: AG's office<br>POC: Jody Hunt<br>Attendees: Jody Hunt, Dana Boente, Jim Crowell, Jesse Panuccio |
| 8:45 AM - 9:15 AM | **Leadership Meeting -- AG's Conference Room**<br>POC: Jody Hunt<br>Attendees:  Jody Hunt (OAG), Dana Boente (ODAG), Jim Crowell (ODAG), Jesse Panuccio (OASG), Sam Ramer (OLA), Peter Carr (OPA), Ryan Newman (OLP), Danielle Cutrona, Rachael Tucker, David Rybicki |
| 9:30 AM - 10:15 AM | **FBI Briefing  -- JCC**<br>Location:JCC<br>POC: Tashina Gauhar<br>Attendees:  OAG:  Jody Hunt and Rachael Tucker, ODAG:  Acting DAG Boente, James Crowell, Tashina Gauhar, NSD:  Mary McCord, George Toscas, Stu Evans, Michael Mullaney |
| 10:00 AM - 10:30 AM | **Task Force on Transnational Criminal Organization and Trafficking meeting Prep -- Situation Room in the Justice Command Center**<br>Location: Situation Room in the Justice Command Center<br>POC: Danielle Cutrona<br>Attendees: Jody Hunt, Danielle Cutrona, David Rybicki, Rachael Tucker; Bruce Ohr, Jim Crowell and Ken Blanco |
| 10:30 AM - 11:30 AM | **Task Force on Transnational Criminal Organization and Trafficking meeting -- Situation Room in the Justice Command Center Room 6100**<br>Location: Situation Room in the Justice Command Center<br>POC: Danielle Cutrona and Bruce Ohr<br>Attendees:<br>State: Acting Deputy Secretary Tom Shannon and Christine Ciccone<br>DHS:  Sec. Kelly (yes) with Kirstjen Nielsen and  Ms. Dimple Shah: Mr. David Glawe, Acting Under Secretary, Intelligence and Analysis, DHS<br>ODNI: National Intelligence Michael Dempsey; John Lombardi;  Todd Porter; Lisa Wardach and Danielle Smallcomb<br>OAG/ODAG Attendees: Jody Hunt, Danielle Cutrona, David Rybicki, Rachael Tucker; Bruce Ohr, Tasha Gauhar Jim Crowell and Ken Blanco |
| 12:00 PM - 1:00 PM | **LUNCH/Desk Time -- AG's Office** |

**March 1, 2017 Continued**
Wednesday

1:00 PM - 1:30 PM          Interview: (b) (6)                -- AG's Office
(b) (6)

█████████████████████████████ ocation: AG's Office
Attendees: Rod Rosenstein; Rachel Brand; and Jody Hunt

1:30 PM - 2:00 PM          Interview: (b) (6)   -- AG's Office
(b) (6)

████████████████████████Location: AG's Office
POC: Jody Hunt
Attendees:
Jody Hunt
Racheal Brand (need to have information submitted as a visitor)
Rod Rosenstein
(b) (6)

2:00 PM - 2:30 PM          Interview: (b) (6)        -- AG's Office
(b) (6)

████████████████████Location: AG's Office
POC: Jody Hunt
Attendees:
Jody Hunt; Racheal Brand; Rod Rosenstein; (b) (6) ███████████

2:30 PM - 3:30 PM          Interview Discussion -- AG's Office
Location: AG's Office
POC: Jody Hunt
Attendees
Jody Hunt
Rachel Brand
Rod Rosenstein

3:30 PM - 4:30 PM          Meeting with the AAG Ken Blanco and CRM leadership  -- AG's Conference Room
Location: AG's Conference Room
POC: David Rybicki
Attendees: David Rybicki, Ken Blanco, James Mann, Trevor McFadden,
Richard Downing, Denise Cheung, Bruce Swartz, (b) (6) ██████████, Kendall
Day
Iris Lan
NOTES:
This would be to introduce the AG to the division, learn about its
components, and high-profile matters currently pending

| **March 1, 2017 Continued** |
| Wednesday |

4:30 PM - 4:45 PM

**Capital Case Review -- AG's Office**
Location: AG's Office
POC: David Rybicki
Attendee: David Rybicki

5:30 PM - 6:00 PM

**FISA SIGNATURE TIME -- AG's Conference Room**
Location:  OAG conference room
Attendees:  OAG: Jody & Rachel; ODAG: James Crowell & Tashina Gauhar; NSD: Stuart Evans, (b) (6) ███████████████, (b) (6) ███████, (b) (6) ███, (b) (6) ███, Dana Boente

| **March 2, 2017** |
| Thursday |

7:00 AM - 7:00 AM

**En Route to AG's Office**

8:20 AM - 8:45 AM

**Senior Meeting  -- AG's Office**
Location: AG's office
POC: Jody Hunt
Attendees: Jody Hunt, Dana Boente, Jim Crowell, Jesse Panuccio

9:15 AM - 9:30 AM

**Trips and Meeting request discussion with Rachael Tucker -- AG's office**
Location: AG's Office
POC: Rachael
Attendee: Rachael Tucker

10:30 AM - 11:00 AM

**National Fraternal Order of Police meeting  -- AG's Office**
Location: AG's Office
POC: Danielle
Attendees: Danielle Cutrona; Chuck Canterbury, National President, FOP
Jim Pasco, Senior Advisor, FOP

Notes:
The issues to be address are: asset forfeiture reform, sentencing reform, drug legalization and general anti-crime and criminals issues.

11:00 AM - 11:30 AM

**FISA SIGNATURE TIME -- AG's Conference Room**
Location:  OAG conference room
Attendees:  OAG: Jody & Rachel; ODAG: James Crowell & Tashina Gauhar; NSD: Stuart Evans, (b) (6) ████████, (b) (6) ███, (b) (6) ███, (b) (6) ███, Dana Boente

11:30 AM - 12:30 PM

**Lunch/Desk time -- AG's Office**
Location: AG's Office

1:00 PM - 1:15 PM

**Meet/Greet: DOJ Inspector General Michael Horowitz -- AG's Office**
Location: AG's Office
POC: Jody Hunt

| **March 2, 2017 Continued** |
|:---|
| Thursday |

                         Attendees: Jody Hunt and Michael Horowitz

**1:30 PM - 2:30 PM**      **FISA SIGNATURE TIME -- AG's Conference Room**
Attendees: OAG: Jody & Rachel; ODAG: James Crowell & Tashina Gauhar; NSD: Stuart Evans, (b) (6)
, (b) (6) , (b) (6) , Dana Boente

**3:00 PM - 4:00 PM**      **Interview Prep -- AG's Office**
Location: AG's Office
Attendees: Jody Hunt, Sarah Flores, Peter Carr, Scott Schools, David Rybicki and Rachael Tucker

**4:15 PM - 5:15 PM**      **Gorsuch nomination discussion -- AG's Office**
Location: AG's Office
POC: Jody Hunt
Attendees: Jody Hunt; Jesse Panuccio, Rachel Parker; Ryan Newman Sam Ramer, Gary Barnett and Danielle Cutrona

**5:15 PM - 6:15 PM**      **Discussion on recusal issues -- AG's Conference Room**
Location: AG's Conference Room
POC: Jody Hunt
Attendees: Jody Hunt, Dana Boente, Jim Crowell, Tash Gauhar, Scott Schools

**8:15 PM - 8:15 PM**      **En Route to Tucker Carlson Show**

**8:30 PM - 9:30 PM**      **PRESS: Tucker Carlson Show -- 400 N Capitol Street;**
AG POC: Sarah Flores
Tucker Carlson POC: Charlie Couger (b) (6)

**9:30 PM - 9:30 PM**      **En Route to the AG's home** (b) (6)

| **March 3, 2017** |
|:---|
| Friday |

**7:30 AM - 7:30 AM**      **En Route to AG's Office**

**8:20 AM - 8:45 AM**      **Senior Meeting  -- AG's Office**
Location: AG's office
POC: Jody Hunt
Attendees: Jody Hunt, Dana Boente, Jim Crowell, Jesse Panuccio

**8:45 AM - 9:15 AM**      **Leadership Meeting -- AG's Conference Room**
POC: Jody Hunt
Attendees:  Jody Hunt (OAG), Dana Boente (ODAG), Jim Crowell (ODAG), Jesse Panuccio (OASG), Sam Ramer (OLA), Peter Carr (OPA), Ryan Newman (OLP), Danielle Cutrona, Rachael Tucker, David Rybicki

| | |
|---|---|
| **March 3, 2017 Continued**<br>Friday | |

**9:30 AM - 10:15 AM**

**FBI Briefing  -- JCC**
Location:JCC
POC: Tashina Gauhar
Attendees:  OAG:  Jody Hunt and Rachael Tucker, ODAG:  Acting DAG Boente, James Crowell, Tashina
Gauhar, NSD:  Mary McCord, George Toscas, Stu Evans, Michael Mullaney

**10:00 AM - 10:30 AM**

**Prep for NAACP meeting -- AG's office**
Attendee: Rachael Tucker and John Gore

**10:30 AM - 11:00 AM**

**Meeting with Cornell William Brook,  NAACP -- AG's Office**

Location: AG's Office
AG POC: Rachael Tucker
POC: (b) (6)                    Phone: (b) (6)
Attendees: Rachael Tucker, John Gore
Cornell William Brooks, President/CEO of the NAACP: Bradford Berry,
General Counsel of the NAACP  Cell: (b) (6)

**11:00 AM - 11:30 AM**

**FISA SIGNATURE TIME -- AG's Conference Room**
Location:  OAG conference room
Attendees:  OAG: Jody & Rachel; ODAG: James Crowell & Tashina Gauhar; NSD: Stuart Evans, (b) (6)
, (b) (6)    , (b) (6)  , Dana Boente

**11:30 AM - 11:45 AM**

**Phone Call: Kevin Sabet, President of Smart Approaches to Marijuana -- AG's Office**
Location: AG's Office
POC: Danielle Cutrona
Participants: AG, Danielle Cutrona and Kevin Sabet
Call in number: (b) (6)

**12:00 PM - 12:20 PM**

**LUNCH/Desk Time -- AG's Office**
Location: AG's Office

**12:20 PM - 12:20 PM**

**En Route to White House**

**12:30 PM - 2:45 PM**

**Meeting at White House -- WHCO**
Attendees: AG and Jody Hunt

**2:45 PM - 2:45 PM**

**En Route to AG's Office**

**3:30 PM - 4:30 PM**

**Personnel Discussion  -- AG''s Office**
Location: AG's Office
Attendees: Jody Hunt, Rod Rosenstein and Rachel Brand

**March 3, 2017 Continued**
Friday

4:30 PM - 5:00 PM           **Discussion -- AG's Office**
Attendees: Jody Hunt, Scott Schools and James Crowell