**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>*Defendant*. | No. 17-cv-00599-APM |

**DEFENDANT'S UNOPPOSED *NUNC PRO TUNC* MOTION TO
EXTEND TIME TO SUBMIT STATEMENT OF MATERIAL
FACTS AS TO WHICH THERE IS NO GENUINE DISPUTE**

Defendant respectfully requests that the Court, *nunc pro tunc*, extend the time for Defendant to submit its Statement of Material Facts As to Which There Is No Genuine Dispute, Exhibit 1 hereto ("Statement of Material Facts") until today, August 25, 2017. In support of its request, Defendant avers the following:

1. Defendant submitted its Motion for Summary Judgment on August 8, 2017. *See* ECF No. 19.

2. At that time, Defendant prepared a Statement of Material Facts, which it intended to submit with its motion.

3. Due to the inadvertent error of undersigned counsel, however, Defendant's Statement of Material Facts was not filed.

4. In its opposition to Defendant's Motion for Summary Judgment, Plaintiff noted that Defendant had not complied with the requirement to submit a Statement of Material Facts. *See* ECF 20 at 3.

5.       Undersigned counsel conferred with counsel for Plaintiff regarding the requested *nunc pro tunc* extension.  Plaintiff's counsel indicated that Plaintiff does not oppose the relief requested herein.

6.       Undersigned counsel regrets her mistake, and apologizes for any inconvenience it may have caused the Court and Plaintiff.

For the foregoing reasons, Defendant respectfully requests that the Court, *nunc pro tunc*, extend the time for Defendant to submit its Statement of Material Facts.

Dated: August 25, 2017                          Respectfully submitted,

                                                  CHAD A. READLER
                                                  Acting Assistant Attorney General

CHANNING D. PHILLIPS
United States Attorney

MARCIA BERMAN
Assistant Branch Director
Federal Programs Branch

*/s/ Kathryn C. Davis*
KATHRYN C. DAVIS (DC Bar No. 985055)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6130
Washington, D.C.  20530
Tel:   (202) 616-8298
Fax:   (202) 616-8460
Email: Kathryn.C.Davis@usdoj.gov

*Attorneys for Defendant*