UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil No. 17-00599 (APM) ) |
| U.S. DEPARTMENT OF JUSTICE, | ) ) |
| Defendant. | ) ) ) |

**PLAINTIFF'S STATEMENT OF MATERIAL FACTS AS TO WHICH THERE EXISTS A GENUINE ISSUE NECESSARY TO BE LITIGATED**

Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") hereby states pursuant to Local Rule 7(h)(1) that a genuine issue exists as to the following material facts, and notes further it does not contest any of the facts contained in defendant's statement of material facts as to which there is no genuine dispute: [1]

1. On March 2, 2017, Attorney General Jeff Sessions held a press conference at which he announced he was recusing himself from any existing or future investigations of any matter relating in any way to the presidential campaigns. According to a transcript of the news conference, the attorney general explained his staff had recommended recusal, and further that he "ha[s] studied the rules and considered their comments and evaluation." Aaron Blake, Transcript of Jeff Sessions' Recusal News Conference, Annotated, *Washington Post*, Mar. 2, 2017, quoting

---

[1] Defendant Department of Justice ("DOJ") filed its motion for summary judgment and supporting memorandum of law on April 8, 2017, but neglected to file a statement of material facts as to which there is no genuine dispute as Local Rule 7(h)(1) requires. Plaintiff pointed out this omission in its opposition, filed on August 25, 2017, and on August 28, 2017, the Court granted DOJ's unopposed motion to file its statement out of time. Accordingly, this is the first opportunity CREW has had to respond to that statement and submit its own statement.

Attorney General Jeff Sessions, *available at* https://www.washingtonpost.com/news/the-fix/wp/2017/03/02/transcript-of-jeff-sessionss-recusal-press-conference-annotated/?utm_term=.ba40ab5cfd77.

2. The calendar entries for March 2, 2017, produced by DOJ in response to CREW's FOIA request account for the entirety of the attorney general's time between 7:00 a.m. and 9:30 p.m., but make no mention of the press conference Attorney General Sessions held at approximately 4:00 p.m.  Exhibit A to Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

3. The calendar entries for March 2, 2017, produced by DOJ in response to CREW's FOIA request list a meeting to discuss recusal issues for 5:15-6:25 p.m., more than an hour after the attorney general publicly announced his decision.  Exhibit A to Plaintiff's Opposition to Defendant's Motion for Summary Judgment.  Attorney General Sessions' calendar entries for March 2 make no mention of any meeting held earlier that day to discuss recusal, despite a public report that the attorney general had met with his advisors to discuss recusal prior to the press conference and "finalized" his recusal decision at that meeting.  Betsy Woodruff, An Inside Look at the Day Jeff Sessions Recused Himself From the Russia Probe, *The Daily Beast*, July 25, 2017, *available at* http://www.thedailybeast.com/an-inside-look-at-the-day-jeff-sessions-recused-himself-from-the-russia-probe.

4. Records retention schedules for the Office of the Attorney General designate as permanent, and therefore subject to transfer to NARA at the end of the attorney general's tenure, official calendars, appointment books, schedules, itineraries, as well as other enumerated documents.  Request for Records Disposition Authority, No. N1-60-10-25, June 15, 2010.

5. Records retention schedules for the Office of the Attorney General designate as permanent, and therefore subject to transfer to NARA at the end of the attorney general's tenure, drafts of documents that contain substantive notes or comments that are evidence of decisions, actions, or strategies and handwritten meeting notes where specific guidance, direction, or tasking is memorialized and any other records which document evidence of decisions, as well as other enumerated documents.  Request for Records Disposition Authority, No. N1-60-10-25, June 15, 2010.

Respectfully submitted,

*/s/ Anne L. Weismann*
Anne L. Weismann
(D.C. Bar No. 298190)
Adam J. Rappaport
(D.C. Bar No. 479866)
Citizens for Responsibility and Ethics
    in Washington
455 Massachusetts Ave., N.W.
Washington, D.C.  20001
Phone: (202) 408-5565
aweismann@citizensforethics.org

Dated:  August 28, 2017