# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>　　　　*Plaintiff*,<br>　v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>　　　　*Defendant*. | Civil Action No. 17-599 (TJK) |

## ORDER

For the reasons set forth in the Court's accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 19) is **GRANTED**, and that judgment shall be **ENTERED** for Defendant. This is a final, appealable Order. The Clerk of Court is directed to close the case.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　/s/ Timothy J. Kelly
　　　　　　　　　　　　　　　　　　　　　TIMOTHY J. KELLY
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Date: February 15, 2018